PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DAVID ARONSON,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:22-cv-01267-DMC<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

      The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of twenty-one (21) days to respond to Plaintiff's Motion for Summary Judgment in this case.  In support of this request, the Commissioner respectfully states as follows:

      1.    The Commissioner's response to Plaintiff's Motion for Summary Judgment is due February 16, 2023.  This is Defendant's second request for an extension of this deadline.

2.Counsel for the Commissioner has referred this matter to his client for potential settlement authority.  Counsel for the Commissioner is informed that a brief additional extension is necessary for his client to fully consider the issues raised in Plaintiff's brief.  Counsel for the Commissioner believes that this short extension may resolve this matter without necessitating this Court to address the merits of this matter.  Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

3.Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4.This request is made in good faith and is not intended to unduly delay the proceedings in this matter.

WHEREFORE, Defendant requests until March 19, 2023, respond to Plaintiff's Motion for Summary Judgment.

Date: _February 16, 2023_OSTERHOUT BERGER DISABILITY LAW LLC

By:_/s/ Caspar Chan for Meghan O. Lambert*_
MEGHAN O. LAMBERT
*_Authorized by email on February 16, 2023_
Attorneys for Plaintiff

Date: _February 16, 2023_PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:_/s/ Caspar Chan_
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

Dated:  February 16, 2023



_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE